REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

2018 MAY 16  PM 12: 54

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| | § | Illegal Re-entry into the United States.] |
| GERMAN ALEXANDER ACOSTA- | § | |
| SOSA | § | |

# DR 18 CR 0957

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 19, 2018, in the Western District of Texas, Defendant,

GERMAN ALEXANDER ACOSTA-SOSA,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about October

27, 2009, and that the Defendant had not received the consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
SHANE A. CHRIESMAN
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

# DR18CR0957

COUNTY: MAVERICK                                    USAO#: 2018R08489

DATE: MAY 16, 2018                                  MAG. CT. #: DR18-3690M

AUSA: SHANE A. CHRIESMAN

DEFENDANT: GERMAN ALEXANDER ACOSTA-SOSA

CITIZENSHIP: HONDURAS

INTERPRETER NEEDED: YES                             LANGUAGE: SPANISH

DEFENSE ATTORNEY: DAVID N. THOMAS

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD. STE. A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED                              DATE OF ARREST: APRIL 19, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): 8 U.S.C. § 1326(A)(1) & (B)(1)/(2) - ILLEGAL REENTRY
AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF
SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3